BOARD OF DRAINAGE COMMISSIONERS OF PANTEGO RUN DISTRICT, BEAUFORT COUNTY DRAINAGE DISTRICT No. 14, v. J. A. WILKINSON.

(Filed 23 February, 1927.)

APPEAL by defendant from *Daniels, J.,* 19 January, 1927, BEAUFORT Superior Court. Affirmed.

*Tooly & McMullan for plaintiff.*
*Small, McLean & Rodman for defendant.*

PER CURIAM. From an examination of the record we think the statute has been substantially complied with. We see no reason why the legislative ratification is not substantially sufficient. *Board of Education v. Comrs.,* 183 N. C., p. 302; *Construction Co. v. Brockenbrough,* 187 N. C., p. 77; *Storm v. Wrightsville Beach,* 189 N. C., at p. 683.

We can find no prejudicial or reversible error. The judgment below is Affirmed.